**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WEST PALM BEACH POLICE PENSION FUND, derivatively on behalf of Nominal Defendant, AMTRUST FINANCIAL SERVICES, INC., | |
| *Plaintiff*, | |
| v. | No. 1:17-cv-00553-GMS |
| BARRY D. ZYSKIND, GEORGE KARFUNKEL, LEAH KARFUNKEL, ABRAHAM GULKOWITZ, DONALD T. DECARLO, SUSAN C. FISCH, RAUL RIVERA, and RONALD E. PIPOLY, JR., | |
| *Defendants,* | |
| and | |
| AMTRUST FINANCIAL SERVICES, INC., | |
| *Nominal Defendant.* | |
| CITY OF LAUDERHILL POLICE OFFICERS' RETIREMENT PLAN and POMPANO BEACH POLICE & FIREFIGHTERS' RETIREMENT SYSTEM, derivatively on behalf of Nominal Defendant, AMTRUST FINANCIAL SERVICES, INC., | No. 1:17-cv-00843-UNA |
| Plaintiffs, | |
| v. | |
| BARRY D. ZYSKIND, GEORGE KARFUNKEL, LEAH KARFUNKEL, ABRAHAM GULKOWITZ, DONALD T. DECARLO, SUSAN C. FISCH, RAUL RIVERA, and RONALD E. PIPOLY, JR., | |
| Defendants, | |
| - and - | |
| AMTRUST FINANCIAL SERVICES, INC., | |
| Nominal Defendant. | |

**STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS,
APPOINTING CO-LEAD PLAINTIFFS AND APPOINTING CO-LEAD COUNSEL**

WHEREAS, on May 11, 2017, Plaintiff West Palm Beach Police Pension Fund ("West Palm") filed in this Court its stockholder derivative complaint on behalf of nominal defendant AmTrust Financial Services, Inc. ("AmTrust" or the "Company"), against Defendants Barry D. Zyskind, George Karfunkel, Leah Karfunkel, Abraham Gulkowitz, Donald T. DeCarlo, Susan C. Fisch, Raul Rivera, and Ronald E. Pipoly, Jr. (together, "Defendants"), *see* Case No. 1:17-cv-00553-GMS;

WHEREAS, on June 28, 2017, Plaintiffs City of Lauderhill Police Officers' Retirement Plan ("Lauderhill") and Pompano Beach Police & Firefighters' Retirement System ("Pompano") filed in this Court their stockholder derivative complaint on behalf of nominal defendant AmTrust against the same Defendants, *see* Case No. 1:17-cv-00843-UNA;

WHEREAS, the West Palm and the Lauderhill/Pompano actions (the "Related Actions") assert the same state and federal causes of action against an identical set of Defendants arising out of substantially the same factual allegations;

WHEREAS, West Palm, Lauderhill, and Pompano have conferred and agreed, in the interests of efficiency, to jointly prosecute the Related Actions;

WHEREAS, Plaintiffs and Defendants have conferred and agree that the Related Actions involve common questions of law or fact, and that the interests of judicial efficiency would best be served by consolidating the Related Actions pursuant to Federal Rule of Civil Procedure 42(a)(2);

WHEREAS, Plaintiffs have filed the only stockholder derivative complaints against Defendants pending in this Court;

WHEREAS, Plaintiffs and Defendants have conferred and agree that the interests of efficiency are best served by designating the *Lauderhill/Pompano* complaint the operative complaint in any consolidated action;

**IT IS HEREBY STIPULATED AND AGREED**, subject to the Court's approval, that:

1.      The Related Actions are consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a)(2).

2.      Hereafter, papers need only be filed in Case No. 1:17-cv-00553-GMS.

3.      The consolidated action shall be styled *In re AmTrust Financial Services, Inc. Derivative Litigation*.

4.      West Palm, Lauderhill, and Pompano are appointed to serve as Co-Lead Plaintiffs in the consolidated action, and the law firms of Saxena White P.A., Grant & Eisenhofer P.A. and Bernstein Litowitz Berger & Grossmann LLP are appointed to serve as Co-Lead Counsel in the consolidated action.

5.      All papers and documents previously filed in any action consolidated herein are deemed filed and are part of the record in the consolidated action.  The Verified Stockholder Derivative Complaint filed on June 28, 2017 in Case No. 1:17-cv-00843-UNA (the "*Lauderhill/Pompano* Complaint") shall be the operative complaint in the consolidated action. Nothing in this Stipulation and Order shall affect Plaintiffs' ability to seek to file an amended complaint in compliance with the Federal Rules of Civil Procedure or Defendants' right to oppose any such amendment.

6.      This Stipulation and Order is without prejudice to the right of any party to raise any and all arguments, objections, motions, or defenses concerning the claims raised in the Related Actions or the consolidated action.

7.      If any further actions arising out of substantially the same facts as the consolidated action are filed in this Court or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Court the filing or transfer of any case that might properly be consolidated as part of the consolidated action, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

8.      This Stipulation and Order does not supplant Defendants' pending Motion to Transfer Case to United States District Court for the Southern District of New York Pursuant to 28 U.S.C. § 1404(a), filed on June 16, 2017, in Case No. 1:17-cv-00553-GMS (D.I. 17).  Any decision on such motion shall be binding in the consolidated action.

**SO STIPULATED AMONG COUNSEL**:

DATED: July 7, 2017

*/s/ Jorge A. Amador*
**SAXENA WHITE P.A.**
Joseph E. White, III
jwhite@saxenawhite.com
Jorge A. Amador
jamador@saxenawhite.com
Adam D. Warden
awarden@saxenawhite.com
5200 Town Center Circle
Suite 601
Boca Raton, Florida  33486

Steven B. Singer
ssinger@saxenawhite.com
4 West Red Oak Lane, Suite 312
White Plains, New York  10604
Tel.: (914) 437-8576

*/s/ Michael J. Barry*
**GRANT & EISENHOFER P.A.**
Jay W. Eisenhofer (Bar No. 2864)
jeisenhofer@gelaw.com
Michael J. Barry (Bar No. 4368)
mbarry@gelaw.com
Kyle J. McGee (Bar No. 5558)
kmcgee@gelaw.com
123 Justison Street
Wilmington, Delaware  19801
Tel.: (302) 622-7000

*/s/ David Wales*
**BERNSTEIN LITOWITZ BERGER &**
    **GROSSMANN LLP**
Mark Lebovitch
markl@blbglaw.com
David Wales
davidw@blbglaw.com
David MacIsaac
david.macisaac@blbglaw.com

1251 Avenue of the Americas
44th Floor
New York, New York  10020
Tel.: (212) 554-1400

*Counsel for Plaintiffs*


*/s/ Matthew L. Miller*
**ABRAMS & BAYLISS LLP**
Kevin G. Abrams (Bar No. 2375)
abrams@abramsbayliss.com
Matthew L. Miller (Bar No. 5837)
miller@abramsbayliss.com
April M. Ferraro (Bar No. 6152)
ferraro@abramsbayliss.com
20 Montchanin Road
Suite 200
Wilmington, Delaware  19807
Tel.: (302) 778-1000


*/s/ Mark A. Kirsch*
**GIBSON, DUNN & CRUTCHER LLP**
Mark A. Kirsch
Lawrence J. Zweifach
Caitlin J. Halligan
200 Park Avenue, 47th Floor
New York, New York  10166

*Counsel for Defendants*


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: _____ __. 2017.


_____
HON. GREGORY M. SLEET
U.S. DISTRICT JUDGE